

# NUMBER 13-21-00464-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ALEJANDRO J. BETANCOURT, M.D.,                                    Appellant,

v.

MALLORY COTTON AND JERAMY BRIDGES,
INDIVIDUALLY, AND AS NEXT FRIENDS,
NATURAL PARENTS, AND AS WRONGFUL DEATH
BENEFICIARIES OF BABY BOY BRIDGES,                              Appellees.

---

On appeal from the 103rd District Court
of Cameron County, Texas.

---

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

Before the Court is appellant's unopposed motion to abate and stay the appeal for a

period of fifty (50) days in order to supplement the appellate record. Appellant's brief is currently due on April 11, 2022. Having reviewed the motion, the Court grants the motion and orders the appeal abated and stayed for fifty days. This appeal will be reinstated without further order of the Court on May 18, 2022, and appellant's brief is now due Tuesday, May 31, 2022.

PER CURIAM

Delivered and filed on the
28th day of March, 2022.